UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RACHAEL LYNN HANSON,

    Defendants.
_____/

Case No. 2:14-mj-14

HON. TIMOTHY P. GREELEY

## ORDER OF DETENTION

Defendant appeared before the undersigned on April 11, 2014, for purposes of a detention hearing, at which time the court was informed by the defendant that she wished to waive her right to a hearing. Defense counsel indicated he wished to reserve the right to request a hearing at a later date. Accordingly, defendant will be detained pending further proceedings.

IT IS SO ORDERED.

Date: April 11, 2014

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge